gage, we think the judgment should be affirmed. All concurred, except Foote, J., who dissented.

OTTO BLOCK and Another, Respondents, v. THEODORE SCHELLING, Appellant.— Judgment and order affirmed, with costs. All concurred.

CHRISTIAN F. BOBZIEN, as Trustee, etc., Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

. THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERIE RAILROAD COMPANY, Appellant, v. STATE TAX COMMISSION, Respondent. (Special Franchises, City of Buffalo, 1916.) — Motion for reargument denied, with ten dolalrs costs. Motion for leave to appeal to Court of Appeals denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERIE RAILROAD COMPANY, Appellant, v. STATE TAX COMMISSION, Respondent. (Special Franchises, City of Buffalo, 1917.) — Motion for reargument denied. Motion for leave to appeal to Court of Appeals denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. IDA MULKINS, Appellant, v. GEORGE A. JIMERSON and Others, Respondents.— Motion to amend order of affirmance so as to show that the order was affirmed as a matter of law and not in the exercise of any discretion granted.

JACOB ORESTER, Respondent, v. DAYTON RUBBER MANUFACTURING COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

THE FRANK SHEPARD COMPANY, Appellant, v. ZACHARY P. TAYLOR PUBLISHING COMPANY and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

ANNA B. LIGHTHOUSE, Appellant, v. THE NATIONAL CASUALTY COMPANY OF DETROIT, MICHIGAN, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

MONTGOMERY BROTHERS & COMPANY, Respondent, v. WILLIAM J. McMURTRY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CAIN O'CONNOR, Respondent, v. HENRY J. GIRVIN, as Chief of Police of the City of Buffalo, and Others, Appellants.— Motion for leave to appeal to Court of Appeals granted.

ALBERT J. MATSON, Respondent, v. CLARENCE S. CHRISTMAN, Appellant.— Motion granted and appeal dismissed, with costs.

WALTER C. MAHON, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Appeal dismissed, unless defendant shall file and serve printed papers within thirty days and pay to respondent's attorneys ten dollars.

CLOVER CREST STOCK FARMS, INC., Respondent, v. FIDELITY Co-OPERATIVE FIRE INSURANCE COMPANY, Impleaded, etc., Appellant.— It appearing from the affidavits filed on the motion that a motion for a new trial upon the minutes is pending, this motion is premature and should be denied.